| | |
|---|---|
| 1 | Your Name: **ELIAS TORRES RAMIREZ** |
| 2 | Address: 665 Russell ave. # 5 Santa Rosa Ca 95403 |
| 3 | Phone Number: 707 727 5466 |
| 4 | Fax Number: |
| 5 | E-mail Address: |
| 6 | Pro Se Plaintiff |

FILED

JUN 0 3 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

**CV24-3323**

| | |
|---|---|
| ELIAS TORRES RAMIREZ | Case Number   *[leave blank]* |
| Plaintiff, | **COMPLAINT**   **AGT** |
| vs. | |
| Certain individual'(s) | |
| Wallmart | **DEMAND FOR JURY TRIAL** |
| 681 Lincoln Ave, Napa, CA 94558 | Yes ☐   No ☐ |
| 707 224 8797 | |
| Defendant. | |

### PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: ELIAS TORRES RAMIREZ

Address: 665 Russell ave. # 5 Santa Rosa Ca 95403

Telephone: 707 727 5466

COMPLAINT

PAGE 5 OF 12 *[JDC TEMPLATE – Rev. 05/2017]*

-2-

1    2. Defendants. [*Write each defendant's full name, address, and phone number.*]

2    Defendant 1:

3    Name:        Certain individual'(s)

4    Address:     681 Lincoln Ave, Napa, CA 94558

5    Telephone:   707 727 5466

6

7    Defendant 2:

8    Name:        Currently N/A

9    Address:     Currently N/A

10   Telephone:   Currently N/A

11

12   Defendant 3:

13   Name:        Currently N/A

14   Address:     Currently N/A

15   Telephone:   Currently N/A

16

17                         **JURISDICTION**

18   [*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

19   3. My case belongs in federal court

20   ☑ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

21   [*Which federal law or right is involved?*] The Constitution of the United State of America.

22   EOP'(s), unfair practices, breach of contract, false advertisement, .

23   ☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

24   defendants <u>and</u> the amount of damages is more than $75,000.

25

26

27

28

COMPLAINT

PAGE 6  OF 12  *[JDC TEMPLATE – Rev. 05/2017]*

-3-

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4.   Venue is appropriate in this Court because:

[✔] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5.   Because this lawsuit arose in Sonoma _____ County, it should be assigned to the NDC 9th District _____ Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

1 ___. Certain individual'(s), 681 Lincoln Ave, Napa, CA 94558, they promised me that if I invested my pay or whatever I invested, that they would grow our money, and it would be in the millions, they did not fulfill their word on keeping that promise to grow our invested money, and pay us dividends. and continue to grow our money.

COMPLAINT

PAGE 7 OF 12 *[JDC TEMPLATE – Rev. 05/2017]*

-4-

1   1.5   They did not payout or keep their word or promise.

2   I also help them with a lot of things, like setting up their stores, I can go into it, but I will not

3   because of security and trade stuff, it is not right that I work hard and smart to help people

4   out and then get treated in the way that I have been.

5   they need to at least compensate me with something. or what is right and they have not

6   2   instead of a thank you, I get treated like this they unfairly take my financial'(s)

7   away. don't get treated right when I visit or pas through.

8   They don't even get recogenize as a associate like I have been or done, for them.

9   get accused for or accused of things that never happened, or falsely accused of

10   character Defermation. I was not raised like that.

11   3   Currently N/A   Examples of working

12   Sometimes it is like the Police,

13   Fire fighters, or the EMT's

14   They are only called when they are

15   needed, why it's called Depending on the circumstances.

16   4   Currently N/A

17

18

19

20

21   5   Currently N/A

22

23

24

25

26   //

27   //

28

COMPLAINT

PAGE 8 OF 12 *[JDC TEMPLATE – Rev. 05/2017]*

- 5 -

## CLAIMS

### First Claim

(*Name the law or right violated*: EOP'(s), unfair practices, breach of contract, fraud, )

(*Name the defendants who violated it*: Certain Individual'(s), Wallmart )

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

6. Under the supreme law of the land. Supreme Law of the Land.

May 31, 2021 – The offence is punishable by a range of imprisonment up to a life term, or the death Penalty, depending upon the circumstances of the crime. Right to pursue our happiness & conduct our business. Using self represantation: Need ex-parte Letter:

6.5 Right to Commandeer: whatever I need, want, both or multiplicities. of all legal holdings if need to or want to.

7. Classification' (s), Designation' (s), Default' (s), Position' (s), the nature of my job, Special circumstances and orders if need to.

8. They did not payout or keep their word or promise.

9. Currently N/A

//

COMPLAINT
PAGE 9 OF 12 *[JDC TEMPLATE – 05/17]*

- 6 -

<u>Character Defermation</u> **Claim**

*(Name the law or right violated*: <u>Certain individual'(s), 681 Lincoln Ave, Napa, CA 94558</u> )

*(Name the defendants who violated it*: <u>people that did not know me, and where not raise right.</u>)

1    My Position, is Legitimate. also known as Right Place, Defaults, Positions.

They don't even get recogenize as a founder like I have been or done, for them

get accused for or accused of things that never happened, or falsely accused of

haracter Defermation. I was not raised like that.

2    Certain individual'(s), they do not know what they are talking about or doing.

They have demenstrated that They cannot be trusted.

3    Currently N/A

4    Currently N/A

5    Currently N/A

6    Currently N/A

COMPLAINT

PAGE <u>10</u> OF <u>12</u>  *[JDC TEMPLATE – 05/17]*

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

1. reinstate our financial'(s), with the right healthy set up, with the right to maintain healthy continuing of reinvestents, and paying out in dividends, with the right type of cash-flow. people to not continue to commit charatcer defermation of certain type'(s) of immaturities, incorret biases, and certain type'(s) of nonsense.

not have to deal with false accusations. if anyone continues to make false accusations they are to be put into Federal Prison or killed like the law say's or they promised to keep their word.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 03/24/2024      Sign Name: *Elias Torres Ramirez*

Print Name: Elias Torres Ramirez

COMPLAINT

PAGE 11 OF 12 *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

1
2          1     to be treated right and not have to deal with nonsense, when I am in the area
3     or facilities.
4
5
6
7
8          ___.  Currently N/A
9
10
11
12
13
14         ___.  Currently N/A
15
16
17
18
19
20         ___.  Currently N/A
21
22
23
24
25
26         ___.  Currently N/A
27
28

COMPLAINT

PAGE  12  OF  12  *[JDC TEMPLATE – 05/17]*