United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS TORRES RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CERTAIN INDIVIDUALS, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-03323-RS<br><br>**ORDER DISMISSING ACTION** |

   Self-represented plaintiff Elias Torres Ramirez filed this complaint and an application for leave to proceed *in forma pauperis*. The matter was randomly assigned to a magistrate judge who granted plaintiff's IFP application and screened the complaint pursuant to 28 U.S.C. § 1915(E). Plaintiff was ordered to file a first amended complaint addressing the deficiencies identified in the screening order by August 30, 2024. Plaintiff was warned failure to file a timely first amended complaint would result in a recommendation that his action be dismissed.

   Plaintiff did not file an amended complaint, and the time to do so expired. The magistrate judge has recommended that plaintiff's action be dismissed without prejudice for failure to prosecute. Plaintiff has not filed any response to the magistrate judge's recommendation. Good cause appearing, the magistrate judge's recommendation is hereby adopted and this action is dismissed.

1   **IT IS SO ORDERED**.

3   Dated: September 26, 2024

_____
RICHARD SEEBORG
Chief United States District Judge